UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

SHERILYN D. YOUNG, )
)
      Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 7:16-CV-259-D**
)
ONSLOW WATER & SEWER )
AUTHORITY, )
)
      Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion for summary judgment [D.E. 16] is GRANTED. Defendant may file a motion for costs in accordance with the Federal Rule of Civil Procedure and this court's local 11 rules.

**This Judgment Filed and Entered on January 12, 2018, and Copies To:**

| | |
|---|---|
| Ernest J. Wright | (via CM/ECF electronic notification) |
| Norwood P. Blanchard, III | (via CM/ECF electronic notification) |

DATE:                                       PETER A. MOORE, JR., CLERK

January 12, 2018                  (By) /s/ Nicole Briggeman
                                                    Deputy Clerk